# DENTON COUNTY DETENTION FACILITY

# INMATE GENERAL GRIEVANCE FINAL APPEAL FORM

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

If an inmate is not satisfied with the decision of the Jail Administrator (Assistant Chief Deputy), he/she has 3 days in which to appeal (in writing) to the Chief Deputy.

The appeal shall request appellate review of the decision of the Jail Administrator together with a reference to the initial grievance dates, times and information. The inmate *shall* indicate the specific reasons the inmate believes the decision of the Jail Administrator should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

*The decision of the Chief Deputy is final in General Grievances.*

In all cases the final response will be given within 60 days

12FEB20 10:48AM

Name: SHELTON, JUSTIN

SO# 113315

Location: P-1

Date Submitted: 2/12/2020

I RECIEVED MY FIRST APPEAL YESTERDAY (2/11/20) WITH A RESPONSE I AM NOT SATISFIED WITH. EVEN THOUGH THE KITCHEN IS BACK TO NORMAL TRAYS FOR THE MOMMENT. THE ASST. CHIEF DEPUTY MUST THINK I'M AN IDIOT BECAUSE HE FED ME A BUNCH OF LIES. HE TOLD ME THAT ACCORDING TO THE SUMMIT FOOD SERVICE MENU AS OF 9/27/18, KOSHER TRAYS ONLY RECIEVED ONE(1) BOILED EGG, HOWEVER IF YOU LOOK AT MY TIMES HERE AT THE DENTON COUNTY JAIL I WAS HERE OCT. 25, 2018 TILL DEC. 2018 FOR A CIVIL LAW SUIT THE STATE PUT ON ME AND I WAS RECIEVING KOSHER TRAYS THEN TO WHICH I NEVER RECIEVED JUST ONE BOILED EGG. IN FACT ALL MY KOSHER TRAYS EXCEPT FOR BREAKFAST HAD MICROWAVEABLE PRE-PACKAGED MEALS ON THEM. FURTHERMORE THE FACT HE SAID HE WAS GOING TO GET A NUTRIENT REPORT AND KEEP A ACCOUNT OF PROPER

Inmate Signature

Page 1 of 3

---

GRIEVANCE OFFICE USE ONLY- DO NOT WRITE IN SPACE BELOW

# DENTON COUNTY DETENTION FACILITY

# INMATE GENERAL GRIEVANCE FINAL APPEAL FORM

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

If an inmate is not satisfied with the decision of the Jail Administrator (Assistant Chief Deputy), he/she has 3 days in which to appeal (in writing) to the Chief Deputy.

The appeal shall request appellate review of the decision of the Jail Administrator together with a reference to the initial grievance dates, times and information. The inmate shall indicate the specific reasons the inmate believes the decision of the Jail Administrator should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

The decision of the Chief Deputy is final in General Grievances.

In all cases the final response will be given within 60 days

Name: SHELTON, JUSTIN

Location: P-1

SO# 113315

Date Submitted: 2/12/2020

CALORIE INTAKE THIS DOESN'T HELP ME AT ALL. WITH THE FACT THE KITCHEN WONT GIVE ME A MENU TO MAKE SURE THEY'RE FEEDING ME WHAT I SUPPOSE TO BE GETTING. HE NEVER SAID ANYTHING ABOUT TRYING TO HELP ME OUT IN THIS MATTER. AS IT STANDS, I ALREADY KNOW THAT THE KOSHER TRAY YOU ALL SERVE HERE ISN'T KOSHER AT ALL. JUST BECAUSE MY FOOD IS INDIVIDUALLY WRAPPED DOESN'T MAKE IT KOSHER. AS A MATTER OF FACT THE KITCHEN DOESN'T EVEN HAVE A PLACE TO MAKE KOSHER TRAYS NOT ONLY THAT THEY DON'T EVEN PREPARE MY KOSHER OR JUST KOSHER TRAYS IN GENERAL ACCORDING TO KOSHER REGULATIONS. SOMETHING NEEDS TO BE DONE ABOUT THIS. THIS IS A LAW SUIT IN THE WORKS. OH, ONE LAST THING ABOUT WHATS GOING ON, AS FOR BEING SHORT CHANGED ON CALORIES THE PROBLEM IS

Inmate Signature

Page 2 of 3

GRIEVANCE OFFICE USE ONLY- DO NOT WRITE IN SPACE BELOW

# DENTON COUNTY DETENTION FACILITY

# INMATE GENERAL GRIEVANCE FINAL APPEAL FORM

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

If an inmate is not satisfied with the decision of the Jail Administrator (Assistant Chief Deputy), he/she has 3 days in which to appeal (in writing) to the Chief Deputy.

The appeal shall request appellate review of the decision of the Jail Administrator together with a reference to the initial grievance dates, times and information. The inmate shall indicate the specific reasons the inmate believes the decision of the Jail Administrator should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

The decision of the Chief Deputy is final in General Grievances.

In all cases the final response will be given within 60 days

Name: SHELTON, JUSTIN          SO# 113315

Location: P-1          Date Submitted: 2/12/2020

NOT GETTING APROPREATE PROTIEN INTAKE AS WELL AS CALORIE.
IF NOTHING IS DONE I WILL BE FORCED TO WRITE THE A.C.A. PLEASE
TEND TO THIS MATTER. THANK YOU. FROM CASE# 20G1-0309

~~Inmate Shelton, Asst. Chief Caver's response to you is appropriate. When food service vendors~~
changed in 09-2018, Aramark had leftover kosher meals that were frozen. These meals were used
during the interim time you were here previously. In reviewing the response to you and looking at
previous documentation, it shows that on 11-7-2019, you received a warning about eating food from
other inmate's non-kosher trays. You were warned that if it occurred again, your privilege to receive a
~~kosher diet would be revoked. In viewing video of you during meal time, it is noted that on 02-10-2020~~
and 02-11-2020, you are clearly seen trading food with another inmate from a non-kosher tray and
eating the food yourself. We will be going over more video as well and I'm sure these are not the only
two occurrences of this kind of behavior. As a result of you bringing this matter to our attention and
looking further into your complaint, it has shed some light on what is actually happening. Therefore,
~~your final appeal to this issue is denied and this closes this grievance administratively. By the way,~~
your kosher diet meal plan will be revoked.

Chief Deputy Dewayne Dockery  02-12-2020  4:15pm

Inmate Signature          Page 3 of 3

GRIEVANCE OFFICE USE ONLY- DO NOT WRITE IN SPACE BELOW

# DENTON COUNTY DETENTION FACILITY

# INMATE GENERAL GRIEVANCE FINAL APPEAL FORM

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

If an inmate is not satisfied with the decision of the Jail Administrator (Assistant Chief Deputy), he/she has 3 days in which to appeal (in writing) to the Chief Deputy.

The appeal shall request appellate review of the decision of the Jail Administrator together with a reference to the initial grievance dates, times and information. The inmate shall indicate the specific reasons the inmate believes the decision of the Jail Administrator should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

The decision of the Chief Deputy is final in General Grievances.

In all cases the final response will be given within 60 days

Name: SHELTON, JUSTIN

Location: P-14

SO# 113315

23APR 20 8:00AM

Date Submitted: 4/22/20

IN RESPONSE TO MY FIRST APPEAL TO GRIEVANCE CASE #20G-0723, RECIEVED ON 4/21/20 @ 1000 HRS. I UNDERSTAND THE HISTORY OF OCCURRANCE REGARDING THE RELIGIOUS DIET PLAN I WAS ON THAT ASST. CHIEF DEPUTY BERRY CLAVER SENT ME. I ALSO UNDERSTAND THAT CAPTAIN RICH REVIEWED VIDEO FEED TO SEE IF WHAT I WAS GETTING ON MY TRAY WAS CORRECT AND THAT DURING THIS TIME HE ALSO SEEN ME TAKE FOOD OFF OTHER INMATES TRAYS. BUT IF HE SEEN ME DO THIS THEN HE SHOULD'VE SEEN OTHER INMATES DOING THE SAME THING OR EVEN SELLING THEIR TRAY WHICH IS A VIOLATION OF THE RULES FOR ALL INMATES NOT JUST FOR SOMEONE WHO IS ON A AGREEMENT PLAN. IF I STAND CORRECTED, WHEN SOMEONE COMES IN AND USES THE KIOSK THEY HAVE TO AGREE TO THE TERMS OF THE INMATE HANDBOOK ELECTRONICLY, EVEN IF THEY DON'T READ IT IGNORRANCE OF THE RULES, LIKE THE LAW, MATTERS NOT YOU STILL

Inmate Signature _____

Page 1 of 3

GRIEVANCE OFFICE USE ONLY- DO NOT WRITE IN SPACE BELOW

# DENTON COUNTY DETENTION FACILITY

# INMATE GENERAL GRIEVANCE FINAL APPEAL FORM

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

If an inmate is not satisfied with the decision of the Jail Administrator (Assistant Chief Deputy), he/she has 3 days in which to appeal (in writing) to the Chief Deputy.

The appeal shall request appellate review of the decision of the Jail Administrator together with a reference to the initial grievance dates, times and information. The inmate shall indicate the specific reasons the inmate believes the decision of the Jail Administrator should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

The decision of the Chief Deputy is final in General Grievances.

In all cases the final response will be given within 60 days

Name: SHELTON, JUSTIN                SO# 113315

Location: P-14                Date Submitted: 4/22/20

GET INTO TROUBLE. SO WHY DIDN'T THOSE GIVING ME THE FOOD NOT GET INTO TROUBLE? WHAT I SEE THEN IS UNFAIR PUNISHMENT BECAUSE I WAS ON A SPECIAL TRAY, WHICH BY THE WAY, AT THAT TIME, NO DIFFERENT THEN WHAT WAS ON A NORMAL TRAY IT JUST CAME TO ME DIFFERENT. WHICH DIDN'T MAKE IT KOSHER EITHER, AND IT CAME IN SMALLER PORTIONS, HENCE THE REASON FOR MY BAD BEHAVIOR BY TAKEN FOOD OFF OTHER TRAYS. BECAUSE OF THE GRIEVANCES I WAS PUTTING IN ON MY TRAY, IT SHOULD BE A NO BRAINER IF I'M TAKING FOOD OFF OTHER TRAYS BECAUSE I'M NOT GETTING ENOUGH FOOD. AS IS, IN ORDER FOR TO OBSERVE MY RELIGIOUS HOLY DAYS AS REQUIRED BY SCRIPTURE (I.E. THE BIBLE (OLD TESTAMENT) THEN I NEED TO BE PLACED BACK ON THE RELIGIOUS DIET PLAN, SINCE TRYING TO COMPROMIZE TO JUST RECIEVE A PLAN JOHNNY FOR A RELIGIOUS FAST I HAD NOT TO

Inmate Signature _____                Page 2 of 3

GRIEVANCE OFFICE USE ONLY- DO NOT WRITE IN SPACE BELOW

# DENTON COUNTY DETENTION FACILITY

# INMATE GENERAL GRIEVANCE FINAL APPEAL FORM

You may file a grievance for the following acts:

1. Violation of Civil Rights
2. Criminal Acts
3. Unjust denial or restrictions of inmate privileges
4. Prohibited acts by jail staff

If an inmate is not satisfied with the decision of the Jail Administrator (Assistant Chief Deputy), he/she has 3 days in which to appeal (in writing) to the Chief Deputy.

The appeal shall request appellate review of the decision of the Jail Administrator together with a reference to the initial grievance dates, times and information. The inmate shall indicate the specific reasons the inmate believes the decision of the Jail Administrator should be reversed, giving specific dates, times, names of those involved, and specific allegations.

The Chief Deputy will review the grievance and either confirm or deny it. If the Chief Deputy confirms the grievance, he/she will initiate corrective actions. In either case, the inmate shall receive a written response to the appeal. The written response will be given within 20 days of the second written appeal.

The decision of the Chief Deputy is final in General Grievances.

In all cases the final response will be given within 60 days

Name: SHELTON, JUSSIN

SO# 113315

Location: P-14

Date Submitted: 4/22/20

LONG AGO DOESN'T WORK. NOW AS FOR ME ASKING FOR ADDRESSES FOR CHRISTIAN ORGANIZATIONS AND FOR BOOKS NOT "JEWISH" IS IRRELEVANT BUT IDOES SEEM SOME EDUCATION ON MY BELIEF SYSTEM IS NEEDED. FIRST MY RELIGIOUS PREFRANCE IS "MESSIANIC JEWISH" NOT "JEWISH". THIS MEANS THAT I DO AT TIMES AGREE WITH CHRISTIAN TEACHINGS BUT NOT 100%. I ALSO FOLLOW SOME "JEWISH" PRACTICES SUCH AS EATING KOSHER IF I CAN, FOLLOWING TORAH AND HONORING YHWH'S (I.E. GODS) HOLY DAYS. HOWEVER, I CAN'T DO THIS WITHOUT BEING ON THE RELIGIOUS DIET PLAN. ALL I AM ASKING IS A CHANCE TO GET BACK TO HONORING MY BELIEFS AS REQUIRED BY SCRIPTURE. I WAS IN THE WRONG AND THAT IS MY MISTAKE. BUT IT IS ONE I WON'T MAKE AGAIN IF I AM ALLOWED BACK ON THE RELIGIOUS ALSO, IF I WOULD'VE KNOW THIS WOULD'VE EFFECTED HONORING MY HOLY DAYS DIET. I WOULD'VE THOUGHT BETTER OF IT NOT TO DO SO.

Inmate Signature _____

Page 3 of 3

---

GRIEVANCE OFFICE USE ONLY- DO NOT WRITE IN SPACE BELOW

Inmate Shelton, I have reviewed all previous grievances you have filed regarding the kosher meals issue. You have not provided me with any new information or a legitimate argument why I should overturn the decisions that have been made through the grievance process. The bottom line is your only real argument is that other inmates have not been held accountable for the violations of the rules as you have been. Captain Rich informs me that other inmates have also received disciplinary cases filed against them for similar issues involving eating items that were not kosher while on a diet restriction and under contract. This is not a valid argument, therefore, your appeal is denied and this case is closely administratively.

Chief Deputy Dwayne Dockery   04-23-2020   8:56am