JUSTIN SHELTON #113315
DENTON COUNTY JAIL P-14
127 N. WOODROW LN. STE. 200
DENTON, TEXAS 76205



**DENTON COUNTY JAIL
INMATE MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
101 E. PECAN ST. STE. 112
SHERMAN, TEXAS 75090

75090-003199

LEGAL MAIL