UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

## TRANSFER ORDER

It is hereby **ORDERED** that the following civil actions are transferred to the Honorable Richard A. Schell, effective immediately.

| | |
|---|---|
| 4:20-cv-453 | Shelton v. Murphree, et al. |
| 4:20-cv-474 | Livingston v. Ward |
| 4:20-cv-495 | Toliver v. Ramsey |
| 4:20-cv-522 | Livingston v. Gilbert, et al. |
| 4:20-cv-558 | Budow v. 401st Judicial District Court, Collin County |
| 4:20-cv-600 | Butler v. Tidwell, et al. |
| 4:20-cv-637 | Phillips v. Housing Classification, et al. |
| 4:20-cv-931 | Franklin v. City of Paris |
| 4:21-cv-18 | Lemarr v. Officer John Doe 1, et al. |
| 4:21-cv-52 | Couch v. Collin County Detention Facility, et al. |
| 4:21-cv-79 | Maples v. Kemp |
| 4:21-cv-80 | Ruyle v. Northcutt, et al. |
| 4:21-cv-133 | Franklin v. Paris District Courts, et al. |
| 4:21-cv-200 | Bennett v. Fannin County Sheriff's Office |
| 4:21-cv-203 | Arriaga v. Laxminarayan |
| 4:21-cv-285 | West v. Collin County Detention Facility |

**So ORDERED and SIGNED this 15th day of April, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE