IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JUSTIN SHELTON, #154572** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20cv453** |
| | § | |
| **SHERIFF TRACY MURPHREE, ET AL.** | § | |

## SHOW CAUSE ORDER

Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. After reviewing the case, the Court concludes that the named Defendant(s) should file an answer to Plaintiff's Complaint (Dkt. #1).

Accordingly, it is **ORDERED** the Clerk of Court shall issue process and deliver it to the United States Marshal for service at no cost to Plaintiff, and Defendant(s) shall have thirty days from the date of service of process to answer or otherwise plead.

It is further **ORDERED** that within thirty days after the answer is filed, the parties are to disclose to each other all information relevant to the claims or defenses of any party. The parties shall promptly file a notice of disclosure after such disclosure has taken place. No further discovery will be allowed except on further order of the Court. Furthermore, conferences under Rules 26(f) and 16(b), Fed. R. Civ. P., are not required except on further order of the Court.

**So ORDERED and SIGNED this 23rd day of February, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE